## UNITED STATES of America, Plaintiff–Appellee,

v.

## Celestina RODRIGUEZ–NARANJO, Defendant–Appellant.

### No. 05–10137
### Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

Tanya K. Pierce, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Celestina Rodriguez–Naranjo, Dublin, CA, pro se.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Bonita L. Gunden, Assistant Federal Public Defender, Federal Public Defender's Office Northern District of Texas, Amarillo, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Celestina Rodriguez–Naranjo has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez–Naranjo has not filed a response to counsel's motion. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Rodriguez–Naranjo's motion for the appointment of a substitute attorney is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.